North Manheim Township Appeal.

Argued December 15, 1966. *William D. Hutchinson,* with him *Calvin J. Friedberg, Joseph A. McKenna, Charles L. Frank,* and *Hicks, Williamson, Friedberg, Jones & McKenna,* for appellants; *John T. Pfeiffer, III,* for freeholders, appellee; *Joseph F. McCloskey,* Solicitor, for City of Pottsville, appellee.

Order affirmed.

Ounanian et ux., Appellants, *v.* Karos et al., Appellants.

Argued December 12, 1966. *Alexander A. DiSanti,* with him *Richard, Brian & DiSanti,* for plaintiffs; *Robert B. Surrick,* with him *Cramp & D'Iorio,* for defendants.

Order affirmed.

WATKINS, J., absent.

Philadelphia *v.* Lucas, Appellant.

Argued December 14, 1966. *Herman Blumenthal,* for appellant; *Matthew W. Bullock, Jr.,* Second Deputy City Solicitor, with him *Edward G. Bauer, Jr.,* City Solicitor, for City of Philadelphia, appellee.

Order affirmed.